

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00075-CV

**AAA FREE MOVE MINISTORAGE, L.L.C.**,
Appellant

v.

**LATIGO PROPERTIES, INC.** and The Brigham Living Trust,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18988
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. We RENDER judgment dismissing appellant's claims without prejudice. The case is REMANDED to address appellees' request for attorney's fees and costs. Costs of this appeal are assessed against appellees.

SIGNED March 11, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice